Christopher MASSELINK,
Plaintiff/Appellant,

v.

Van E. DONLEY, Chairman Missouri State Tax Commission and Dennis A. Hill, Assessor of the City of St. Louis, Defendants/Respondents.

No. 69554.

Missouri Court of Appeals,
Eastern District,
Division Five.

Nov. 5, 1996.

Christopher Masselink, Pro Se.

Tyrone A. Taborn, City Counselor, Eugene J. Hanses, Jr., Associate City Counselor, St. Louis, R. Randall Turley, State Tax Commission of Missouri, Jefferson City, for Defendants/Respondents.

---

Before AHRENS, C.J., and CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Christopher Masselink appeals from a judgment by the circuit court affirming the decision and order by the State Tax Commission of Missouri. The commission's decision is supported by competent and substantial evidence; no error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).